Wendy H. Schwartz (WS-1862)
Emily B. Kirsch (EB-4216)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Ancile Securities Company Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANCILE SECURITIES COMPANY LIMITED,

    Plaintiff,

v.

SOLO VIVO INDUSTRIA E COMERCIO DE FERTILIZANTES LTDA.

    Defendant.

ECF CASE

CIVIL ACTION NO. 07-cv-11266

<u>CORPORATE DISCLOSURE</u>

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Ancile Securities Company Limited ("Ancile"), by and through its counsel, Reed Smith LLP, hereby states that it is not a subsidiary of a publicly held corporation and there are no publicly held corporations that own 10% or more of its stock.

Dated:    New York, New York
             December 13, 2007

**REED SMITH LLP**

By: _____
    Wendy H. Schwartz (WS-1862)

599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff