Wendy H. Schwartz (WS-1862)
Emily B. Kirsch (EB-4216)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Plaintiff
Ancile Securities Company Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANCILE SECURITIES COMPANY LIMITED, | ECF CASE |
| Plaintiff, | |
| | 07 Civ. 11266 |
| SOLO VIVO INDUSTRIA E COMERCIO DE FERTILIZANTES LTDA, | AFFIDAVIT OF WENDY H. SCHWARTZ UNDER SUPPLEMENTAL RULE B |
| Defendant. | |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF NEW YORK )

Wendy H. Schwartz, being duly sworn, deposes and says:

1.      I am a member of the Bar of this Honorable Court and am a member of the firm of Reed Smith, LLP, counsel to Plaintiff herein.  I am familiar with the circumstances of the Complaint and submit this affidavit in support of Plaintiff's request for issuance of process of maritime attachment and garnishment of the property of Defendant pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.    Defendant SOLO VIVO INDUSTRIA E COMERCIO DE FERTILIZANTES LTDA., a party to the maritime contract on which this claim is based, is a foreign corporation organized and existing under the laws of the Republic of Brazil.

3.    I have made an investigation at the web site of the New York Secretary of State and have ascertained that there is no corporation registered to do business in New York as a foreign corporation under the Defendant's name.

4.    I searched the internet and telephone information services for an address and/or a telephone number under Defendant's name. There are no listings in this District.

5.    In my search, I did not find any listing or reference to Defendant in this District or State. In the circumstances, I believe the Defendant cannot be found within this District.

6.    Appointment by the Court of the undersigned for the purpose of service of process would save time and expense.

                                                              Wendy H. Schwartz
                                                              599 Lexington Avenue
                                                              New York, NY 10022-7650
                                                              Telephone: 212.521.5400
                                                              Facsimile: 212.521.5450

Sworn to before me this
17th day of December, 2007

NOTARY PUBLIC

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10

2