Wendy H. Schwartz (WS-1862)
Emily B. Kirsch (EB-4216)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Plaintiff
Ancile Securities Company Limited

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____            │
│ DATE FILED: 12/19/07              │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANCILE SECURITIES COMPANY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> SOLO VIVO INDUSTRIA E COMERCIO DE FERTILIZANTES LTDA <br><br> Defendant. | ECF CASE <br><br> CIVIL ACTION NO. 07-cv-11266 <br><br> (AMENDED) ORDER APPOINTING PROCESS SERVER |

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P.4(c) appointing Wendy

H. Schwartz or any partner, associate or employee of the firm of Reed Smith LLP or a

licensed process server appointed by Wendy H. Schwartz who is over 18 years of age and not

a party to this action, to serve an attachment and garnishment in this matter, and it appearing

from the Declaration of Wendy H. Schwartz, that such appointment will result in economies

of time and expense,

NOW, on motion of Wendy H. Schwartz, member of the firm of Reed Smith LLP,

counsel for Plaintiffs, it is

ORDERED, that Wendy H. Schwartz, or any partner, associate or employee of the

firm of Reed Smith LLP or a licensed process server appointed by Wendy H. Schwartz who is

over 18 years of age and not a party to this action, be and hereby is, appointed to serve

Process of Maritime Attachment and Garnishment, supplemental process and a copy of the

Verified Complaint on The Bank of New York, and/or Citibank N.A., and/or HSBC Bank

USA, N.A., and/or JPMorganChase, and/or UBS AG, and/or Bank of America, N.A., and/or

Standard Chartered Bank, and/or Northern Trust Corporation, and/or American Express Bank,

and/or Credit Suisse First Boston, and/or Macquarie Bank Ltd., and/or Nordea Bank

Denmark, and/or Belfolaise Bank, and/or Australia and New Zealand Banking Group

Limited, and/or Nordea Bank Finland Plc, and/or Fortis Financial Services LLC, and/or Fortis

(USA) Financial LLC, and/or Macquarie Corp. Finance USA Inc., and/or Macquarie Equities

USA Inc., and/or Macquarie Holdings USA Inc. and/or ANZ (Delaware) Inc., and/or Calyon

Corporate and Investment Bank, and/or Bank of China, and/or Deutsche Bank, and/or Danske

Bank, and/or Barclays Bank, and/or Bangue Cantonale de Geneva, and/or BNP Paribas, and

or Commerce Bank and/or any other garnishees without limitation that may be within this

District.

Dated: _December 19, 2007_
New York, New York

SO ORDERED:

_____
U.S.D.J.

2