# ReedSmith

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008

Wendy H. Schwartz, Esq.
Direct Phone: 212.549.0272
Email: wschwartz@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
212.521.5400
Fax 212.521.5450

July 31, 2008

**Via email**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10017

Re: *Ancile Securities v. Solo Vivo*
Civil Action No. 07-cv-11266 (PAC)

Dear Judge Crotty:

*[Handwritten endorsement: The request is denied without prejudice as to its renewal upon an appropriate showing that the [proposed] attachment would not be futile. So ordered. Paul Crotty USDJ]*

**MEMO ENDORSED**

We are counsel to plaintiff Ancile Securities Company Limited in the above-referenced action. We have received Your Honor's July 30, 2008 Order dismissing this action, "subject to reopening upon written communication from either party." A copy of this Order is attached for Your Honor's convenience.

We respectfully request that this action be reinstated. Although no funds have been attached to date pursuant to the Rule B attachment Order, the dispute between the parties is ongoing and the Order of Attachment is still necessary.

Pursuant to Rule 1A of your Individual Practices, we are sending this letter via email. Please note, however, that due to the *ex parte* nature of this proceeding to date, we are unaware of any counsel for defendant Solo Vivo Industria E. Commercio De Fertilizantes Ltda. and thus cannot deliver a copy this letter to any such counsel.

We thank Your Honor for considering this matter.

Respectfully submitted,

Wendy H. Schwartz

Enc.: 7/30/2008 Order of Dismissal

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG
reedsmith.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ancile Securities Company Limited,

        Plaintiff,

-against-

Solo Vivo Industria E. Comercio De
Fertilizantes Ltda.,
        Defendant.
------------------------------------------------------------X

07 Civ. 11266 (PAC)
ORDER OF DISMISSAL

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since December 14, 2007, and there having been no activity in this case since December 19, 2007, it is,

ORDERED, that the above-entitled action be and hereby is DISMISSED, without costs to either party, subject to reopening upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       July 30, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge