```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANCILE SECURITIES COMPANY LIMITED,

    Plaintiff,

v.

SOLO VIVO INDUSTRIA E COMERCIO DE
FERTILIZANTES LTDA

    Defendant.

07-Civ.-11266(PAC)

**ORDER REOPENING
CASE AND REINSTITUTING
PRIOR ORDER OF
MARITIME ATTACHMENT AND
GARNISHMENT**

---

HONORABLE PAUL A. CROTTY, United States District Judge:

WHEREAS, on July 30, 2008, the above entitled action was dismissed, subject to reopening upon written communication from either party; and

WHEREAS, on August 4, 2008, it was further ordered that plaintiff should make a showing as to why reinstatement of this Court's prior Order of Maritime Attachment and Garnishment in this case would not be futile; and

WHEREAS, an appropriate showing having been made by Plaintiff that reinstatement is warranted at this time for a period of thirty days; it is hereby

ORDERED that the above entitled action is REOPENED and this Court's prior Order of Maritime Attachment and Garnishment, dated December 19, 2007, is reinstated for a period of thirty days from the date hereof, and it is further

2

ORDERED that Plaintiff may make an application to the Court to further continue this proceeding upon a showing as to why the continuation of this Court's Order of Maritime Attachment and Garnishment would not be futile.

Dated: 8/13/08
New York, New York

SO ORDERED:

_____
Paul A. Crotty
U.S.D.J.

NYLIB-8040104.2

2